of Appeals for the Tenth Circuit denied. *Messrs. Preston C. West* and *A. A. Davidson* for petitioner. *Mr. David R. Milsten* for respondents.

No. 261. DURELL *v.* PEARSON, RECEIVER. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. W. H. Peters, Jr.,* for petitioner. *Mr. J. A. Fowler* for respondent.

No. 263. MUTZENBECHER ET AL. *v.* BALLARD. October 14, 1935. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. Nathan Ottinger* for petitioners. *Mr. Emory R. Buckner* for respondent.

No. 264. STANDARD WHOLESALE PHOSPHATE & ACID WORKS, INC. *v.* GENERAL CHEMICAL CO. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Clair W. Fairbank* and *William R. Perkins* for petitioner. *Mr. W. Brown Morton* for respondent.

No. 266. PUERTO RICO *v.* WHITE STAR BUS LINE, INC. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. William Cattron Rigby, Benjamin J. Horton,* and *Nathan R. Margold* for petitioner. *Mr. Ismael Soldevila* for respondent.

No. 267. STALLFORTH *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for